UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY KAZMIERSKI,

                Plaintiff,

                                          CASE NO. 14-cv-14539
vs.                                   HONORABLE GEORGE CARAM STEEH

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

                Defendant.
_____/

ORDER GRANTING JOINT MOTION
TO STAY LITIGATION (DOC. #6) AND
<u>ADMINISTRATIVELY CLOSING CASE</u>

      This is an action seeking judicial review of a benefits determination under Section 502(a)(1)(B) of the Employee Retirement Security Act of 1974. Now before the court is the parties' Joint Motion To Stay Litigation To Allow Plaintiff To Exhaust Administrative Remedies. The motion is GRANTED.

      Accordingly, it is ORDERED that proceedings in this case are STAYED.

      It is further ORDERED that this case is CLOSED for administrative and statistical purposes without prejudice. This closing does not constitute a decision on the merits.

      It is further ORDERED that the case may be reopened upon the motion of any party at the conclusion of the administrative proceedings.

      IT IS SO ORDERED.

Dated: January 6, 2015

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 6, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk